UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THOMPSON THRIFT DEVELOPMENT, INC., WATERMARK AT PEORIA AZ, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE CINCINNATI INSURANCE COMPANY, <br><br> Defendant. | No. 2:23-cv-00140-JPH-MG |

**FINAL DECLARATORY JUDGMENT**

Judgment is entered in favor of The Cincinnati Insurance Company and against Plaintiffs.

**IT IS ORDERED** that The Cincinnati Insurance Company does not have a duty to defend or indemnity Plaintiffs under the general and umbrella liability insurance policies under numbers CPP 107 57 01 and EPP 053 36 25 regarding the alleged environmental liabilities arising from Plaintiffs' ownership and operation of 24701 North Late Pleasant Parkway, Peoria, AZ 85383.

Plaintiffs shall take nothing by their complaint and this action is terminated.

Date: 9/23/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel