UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| THOMPSON THRIFT DEVELOPMENT, INC. AND WATERMARK AT PEORIA AZ, LLC, | ) ) ) | |
| | ) | Case No. 2:23-cv-00140-JPH-MG |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| THE CINCINNATI INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Thompson Thrift Development, Inc. and Watermark at Peoria AZ, LLC hereby appeal to the United States Court of Appeals for the Seventh Circuit from Order Granting Cincinnati's Motion for Summary Judgment [ECF 81] entered on September 23, 2025, and the Court's Final Declaratory Judgment [ECF 82] that incorporated that ruling and which was entered on September 23, 2025. [See attached]

Respectfully submitted,

*s/ John R. Maley*
John R. Maley
Charles P. Edwards
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:     (317) 231-7464 (Mr. Maley)
                      (317) 231-7438 (Mr. Edwards)
Facsimile:      (317) 231-7433
Email:           jmaley@btlaw.com
                      Charles.edwards@btlaw.com